# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand twenty-five.

Before:     Myrna Pérez,
                *Circuit Judge.*

_____

| | |
|---|---|
| Cynthia Ramos, individually and as Parent and Natural Guardian of W.R., et al., | **ORDER** |
| Plaintiff - Appellants, | Docket No. 25-1321 |
| v. | |
| David C. Banks, in his official capacity as Chancellor of the New York City Department of Education, New York City Department of Education, | |
| Defendants - Appellees. | |

_____

| | |
|---|---|
| Oliver Bruckauf, as Parent and Natural Guardian of E.B. and Individually, et al., | |
| Plaintiffs - Appellants, | Docket No. 25-1355 |
| v. | |
| David C. Banks, as Chancellor of the New York City Department of Education, New York City Department of Education, | |
| Defendants - Appellees. | |

_____

Appellants move to expedite the above-captioned appeals.

IT IS HEREBY ORDERED that the motion is DENIED. It is further ordered that the appeals shall be heard in tandem.

                                                  For the Court:
                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court

